In the Matter of Samuel B. BARNETT, Debtor; Samuel B. BARNETT v. STATE MUTUAL LIFE ASSURANCE CO. et al.

Nos. 5569, 5621.

Circuit Court of Appeals, Seventh Circuit.

Jan. 30, 1936.

Jacob G. Grossberg and Charles W. Mead, both of Chicago, Ill., for appellant.

Don Kenneth Jones and Thomas R. Mulroy, both of Chicago, Ill., for appellee State Mutual Life Assurance Company.

Isaac B. Lipson and A. C. Lewis, both of Chicago, Ill., for appellee Chicago Title & Trust Company, as Conservator of the Estate of Florence Klein, Incompetent.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that the order or decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed with costs.

George C. BEIDLER, Plaintiff-Appellant, v. PHOTOSTAT CORPORATION, Defendant-Appellee.

No. 274.

Circuit Court of Appeals, Second Circuit.

March 2, 1936.

Charles J. Williamson and Frank S. Appleman, both of Washington, D. C., and Charles G. Hensley, of New York City, for appellant.

Pennie, Davis, Marvin & Edmonds, of New York City (William H. Davis, of New York City, Edward H. Cumpston, of Rochester, N. Y., and Charles W. Riley, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (10 F.Supp. 628) affirmed.

B. F. SCHLESINGER & SONS, Inc., Appellant, v. George K. EDLER, Trustee in Bankruptcy of OWL DRUG CO., Appellee.

No. 8030.

Circuit Court of Appeals, Ninth Circuit.

Feb. 26, 1936.

Jesse H. Steinhart and John J. Goldberg, both of San Francisco, Cal., for appellant.

Thatcher & Woodburn and Wm. J. Forman, all of Reno, Nev., and Clarence Shuey and Grant H. Wren, both of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs, and after oral arguments of counsel for respective parties, ordered, order of District Court affirmed, that a decree be filed and entered accordingly, and mandate of this court issue pursuant to provisions of rule 32.